

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**

JUN **1 9** 2012

Phil Lombardi, Clerk
U.S. DISTRICT COURT

(1) JOY K. BURNIDGE,

        Plaintiff,

v.

(1) BARBARA ELOISE HUNTER and
(2) ALLMERICA FINANCIAL BENEFIT INSURANCE
COMPANY

        Defendants.

Case No.

**12 CV - 3 4 5 GKF    TLW**

## ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY'S
## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a), Defendant, Allmerica Financial Benefit Insurance

Company ("Allmerica"), hereby files the following Notice of Removal and would show the Court

as follows:

### I.

Plaintiff commenced this action on October 31, 2011, against Defendants, Allmerica and

Barbara Eloise Hunter ("Hunter") in the District Court in and for Tulsa County, Oklahoma. This

action was numbered CJ-2011-6563. The following process, pleadings, and orders have been

served or filed in such action, and are attached as Exhibits "1" through "12."

    1.     Petition.

    2.     Summons to Hunter.

    3.     Order of Dismissal for Failure to Obtain Service Within 180 Days.

    4.     Plaintiff's Motion to Vacate Order of Dismissal.

    5.     Summons to Allmerica.

    6.     Entry of Appearance on Behalf of Allmerica.

7.      Dismissal With Prejudice as to Hunter.

8.      Order Vacating Dismissal for Failure to Obtain Service within 180 days.

9.      Joint Motion to Stay Proceedings.

10.     Order Granting Stay of Proceedings.

11.     Entry of Appearance (Dan S. Folluo for Allmerica).

12.     Entry of Appearance (Randall E. Long for Allmerica).

## II.

This Court has jurisdiction over this case and removal is proper pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441.  In her Petition, Plaintiff alleges to be a citizen of Oklahoma. Allmerica is alleged to be a foreign corporation, and is in fact a Michigan corporation with its principal place of business in Massachusetts.  Hunter is alleged to be an Oklahoma citizen, but was dismissed with prejudice and is no longer a party to this action.

Plaintiff's Petition seeks to recover damages for personal injuries resulting from a July 12, 2010, automobile accident with Hunter.  The accident is alleged to have occurred in Tulsa County.  Specifically, Plaintiff seeks to recover underinsured motorist benefits under an insurance policy issued by Allmerica.  Plaintiff alleges that Allmerica has not honored its obligations under the insurance policy and has thus breached its contract with Plaintiff. Plaintiff seeks to recover in damages an amount equal to the limits of the uninsured motorist coverage, or $250,000.00, plus costs, interest and attorney fees.  Therefore, this is a controversy between citizens of different states, and the amount in controversy, exclusive of interest and costs, exceeds $75,000, making this case removable under 28 U.S.C. § 1332 and § 1441.

## III.

This action became removable to federal court upon the May 23, 2012, filing of a dismissal as to the only non-diverse defendant, Hunter. This Notice of Removal is being filed within thirty (30) days after said dismissal, thus, removal of this action is timely and satisfies the requirement of 28 USC § 1446(b).1

### IV.

Contemporaneous with the filing of this Notice of Removal, Allmerica is giving the District Court in and for Tulsa County, Oklahoma, written notice of the same in the form attached hereto as Exhibit "13." A certified copy of the state court docket sheet is attached as Exhibit "14."

Respectfully submitted,

By _____

DAN S. FOLLUO, OBA# 11303
dfolluo@rhodesokla.com
RANDALL E. LONG, OBA #22216
rlong@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173
(918) 592-3390 Facsimile
**ATTORNEYS FOR DEFENDANT
ALLMERICA FINANCIAL BENEFIT
INSURANCE COMPANY**

---

1 Congress recently amended § 1446, but those amendments only apply to actions commenced after January 6, 2012. *See* P.L. 112-63, 105.

## CERTIFICATE OF SERVICE

I hereby certify that on the _15_ day of June, 2012, I electronically transmitted the foregoing document to the Clerk of the Court using ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Douglas Elliott
6506 South Lewis Avenue, Suite 175
Tulsa, Oklahoma 74136
Attorneys for Plaintiff

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY**
**STATE OF OKLAHOMA**

DISTRICT COURT
**FILED**
OCT 31 2011

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

| | |
|---|---|
| JOY K. BURNIDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. **CJ-2011-06563** |
| | ) |
| BARBARA ELOISE HUNTER; and | ) |
| ALLMERICA FINANCIAL BENEFIT | ) |
| INSURANCE COMPANY, | ) ~~Linda G. Morrissey~~ |
| | ) |
| Defendants. | ) |

## PETITION

COMES NOW the Plaintiff, Joy K. Burnidge, by and through her attorney of record, Douglass R. Elliott, and for her causes of action against the Defendants, Barbara Eloise Hunter and Allmerica Financial Benefit Insurance Company, hereby alleges and states as follows:

1.     That the Plaintiff is a resident of Tulsa, Tulsa County, State of Oklahoma. That the Defendant, Barbara Eloise Hunter, is a resident of Tulsa, Tulsa County, State of Oklahoma.   That the Defendant, Allmerica Financial Benefit Insurance Company, is a foreign corporation doing business in the State of Oklahoma.   That the automobile accident giving rise to this action occurred in Tulsa, Tulsa County, State of Oklahoma, thus making jurisdiction of this Court just and proper.

2.     That on or about July 12, 2010, the Plaintiff was lawfully operating her vehicle westbound in the inside lane of East 71st Street near South Sheridan Road in Tulsa, Tulsa County, Oklahoma. The Defendant was traveling westbound in the middle

**EXHIBIT**

1

go-ahead lane of East 71st Street near South Sheridan Road when she attempted to change lanes and carelessly, recklessly, and negligently collided with the Plaintiff's vehicle.

## COUNT I

3.　　Plaintiff re-alleges and re-incorporates all allegations contained in Paragraphs 1 – 2.

4.　　That as a direct and proximate result of the Defendant Hunter's negligence, the Plaintiff has suffered serious physical and mental injuries, has incurred and continues to incur medical expenses, has endured and continues to endure both physical and mental pain and suffering, last lost wages, has lost the enjoyment of life, all of which will be more particularly proven at trial and entitle the Plaintiff to collect a sum in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code from the Defendant, Barbara Eloise Hunter.

## COUNT II

5.　　Plaintiff re-alleges and re-incorporates all allegations contained in Paragraphs 1 – 4.

6.　　That at all times relevant hereto, the Plaintiff insured under an uninsured/under-insured motorist (UM/UIM) automobile insurance policy issued by Allmerica Financial Benefit Insurance Company (hereinafter referred to as "Allmerica"), said policy bearing the number A2T-5700344, and said policy was in effect on the date of the collision with Defendant Hunter.

7.     As a result of Defendant Hunter's negligent operation of a vehicle on or about July 12, 2010, the Plaintiff suffered serious bodily injuries, has incurred and continues to incur medical expenses and has lost wages.

8.     At the time of the collision, Defendant Hunter was an uninsured motorist as defined by Title 36 of the Oklahoma Statutes, Section 3636, and creates a situation where the UIM policy applies in providing coverage to the Plaintiff.

9.     That the Plaintiff has demanded that Defendant Allmerica tender its policy limits, but Defendant Allmerica has failed to honor its contract and has failed to tender the benefits the Plaintiff is entitled to receive pursuant to contract.

10.     That Defendant Allmerica has failed to timely and fairly investigate, evaluate and tender the evaluation due under the policy.

11.     That Defendant Allmerica has breached its contract of insurance and has wholly refused or neglected to pay the Plaintiff the value of her uncompensated damages. Said failure constitutes a breach of contract of said insurance policy, and the Plaintiff is entitled to judgment for contractual damages against Defendant Allmerica in the amount of the maximum limits of the UM/UIM policy.

WHEREFORE, Plaintiff prays that this Court award her damages in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Codes from the Defendant, Barbara Eloise Hunter, and contractual damages from Defendant Allmerica in the amount of maximum limits of the said

UM/UIM policy, including attorney's fees, costs, interest, and any such further relief that this Court deems just and proper.

Respectfully submitted,

DOUG ELLIOTT LAW OFFICE, P.C.

Douglass R. Elliott, OBA #15152
6506 S. Lewis Ave., Suite 175
Tulsa, OK 74136
Telephone:    (918) 949-4466
Facsimile:    (918) 895-9222
ATTORNEY FOR THE PLAINTIFF

**ATTORNEY'S LIEN CLAIMED**

- 4 -



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.50 |
| Certified Fee | 7.95 |
| Return Receipt Fee (Endorsement Required) | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.80 |

Postmark Here

Mailed 4-22-12

Sent To OK Ins Commissioner
Street, Apt. No.; or PO Box No. PO Box 53408
City, State, ZIP+4 OKC OK 73152-3408

Burnidge

PS Form 3800, August 2006          See Reverse for Instructions

7007 1490 0001 8652 3605

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Oklahoma Ins. Commissioner
P.O. Box 53408
Oklahoma City, Ok
        73152-3408

COMPLETE THIS SECTION ON DELIVERY

RECEIVED
A. Signature   OKLAHOMA INSURANCE DEPARTMENT   □ Agent
X                                              □ Addressee
B. Received by (Printed Name)   APR 30 2012   C. Date of Delivery
D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   ☑ Certified Mail   □ Express Mail
   □ Registered       ☑ Return Receipt for Merchandise
   □ Insured Mail     □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
   7007 1490 0001 8652 3605

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

DOUG ELLIOTT
LAW OFFICE, P.C.
6506 S. Lewis Ave., Ste. 175
Tulsa, Oklahoma 74136

Oklahoma Insurance Commissioner
Kristen Hanke
P.O. Box 53408
Oklahoma City, Ok 73152-3408

Supplement with
Check mailed April
22nd 2012 To
Oklahoma Ins. Commissioner

USPS Postal Service

**CERTIFIED MAIL.. RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

# OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .05 |
| Certified Fee | 2.95 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.35 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $5.95 | Mailed 4-9-12 |

8652 3551

Sent To  State Ins. Commissioner
Street, Apt. No.; or PO Box No.  PO Box 53408
City, State, ZIP+4  OKC  73152-3408

PS Form 3800, August 2006        See Reverse for Instructions

UNITED STATES POSTAGE
PITNEY BOWES
02 1P
$005.95⁰
0002833537  APR 07 2012
MAILED FROM ZIP CODE 74135

Insurance Commissioner
OK 53408
Oklahoma City, Ok 73152-3408

Burnidge

**RECEIVED**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State Insurance Commissioner
P.O. Box 53408
Oklahoma City, Ok 73152-3408

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ APR 1 2 2012   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
Sabrina Sykes

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7007 1490 0001 8652 3551

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

Initial petition and summons mailed
to Insurance Commissioner for Service
By Plaintiff on April 9, 2012

## IN THE DISTRICT COURT IN AND FOR TULSA COU~ ___
### STATE OF OKLAHOMA

*1018302672*

| | |
|---|---|
| JOY K. BURNIDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CJ-2011-06563** |
| vs. | ) Case No. |
| | ) |
| BARBARA ELOISE HUNTER; and | ) |
| ALLMERICA FINANCIAL BENEFIT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

DISTRICT COURT
**F I L E D**

APR 20 2012

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

### SUMMONS

**To the above named Defendant:**  **BARBARA ELOISE HUNTER**
By Serving:                      8003 S. Wheeling Ave., Unit H
                                 Tulsa, OK 74136

You have been sued by the above-named Plaintiff and you are directed to file a written Answer to the attached Petition in the above-named Court within twenty (20) days after service of this Summons upon you – excluding the date of service.  Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the Plaintiff.

**SALLY HOWE-SMITH, COURT CLERK**

(SEAL)

By: _Alix Tuba_   10-31-11
                 Deputy Court Clerk

Attorney for Plaintiff:
Douglass R. Elliott, OBA No. 15152
DOUG ELLIOTT LAW OFFICE, P.C.
6506 S. Lewis Ave., Suite 175
Tulsa, OK 74136
Telephone:    (918) 949-4466
Facsimile:    (918) 895-9222
E-Mail:       doug@dougelliottlaw.com

2012 APR 20  PM 2:46

This Summons was served on the _19_ day of _APRIL_, 20_12_.

_Allen Terril_ PSS-2009-46
(Signature of Person Serving Summons)

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER.  SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

**EXHIBIT**

2

## RETURN OF SERVICE AFFIDAVIT

| | | | |
|---|---|---|---|
| PLAINTIFF: | JOY K. BURNIDE | CASE NO: | CJ-2011-06563 |
| DEFENDANT: | BARBARA ELOISE HUNTER; and ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY, | COUNTY: | Tulsa |

DOCUMENTS SERVED: I, being duly sworn, certify that I received the foregoing to wit:

_X_  Summons w/Petition or Complaint
___  Subpoena Duces Tecum
___  Citation/Hearing on Assets

___  Temporary Restraining Order
___  Subpoena w/Witness Fee
___  Forcible Entry/Detainer

___  Request to Set and Notice of Parenting Plan Conference
___  Petition for Dissolution of Marriage
___  Notice of Automatic Temporary Injunction

___  Families in Transition Packet
___  Application for Temporary Order
___  Order Setting Hearing

___  Affidavit/Order

___  Other: 

METHOD OF SERVICE: And served the same according to the law in the following manner to wit:

PERSONAL SERVICE

_X_  by delivering a true copy of said process personally to    Barbara Eloise Hunter    Time: 3:54 PM

Location: 5527 S. Cincinnati Ave.    Tulsa,OK. 74105    Date: 04/19/2012

USUAL PLACE OF RESIDENCE

___  by leaving a copy of said process for _____    With: _____

a resident, fifteen years of age or older at  Location: _____

Which is his/her usual place of residence.    Date: _____    Time: _____

CORPORATION/PARTNERSHIP, ETC.

___  by delivering a copy of said process to _____    he/she/it, being the service agent,

agent in charge, an officer or partner of said entity to wit: _____

Location: _____    Date: _____    Time: _____

NOT FOUND

___  said process WAS NOT SERVED on following named for reasons stated:

_____

Process Server:  Allen Terrill  PSS-2009-46    *Allen Terrill*

Note:  Barbara no longer lives at - 8003 S. Wheeling Ave.  Unit H  Tulsa, OK. 74136.  She now resides at address where service was made.

SIGNATURE OF NOTARY PUBLIC:

Subscribed and sworn to before me this    19th    Day of    April, 2012

Signed  *Summ TL*

Notary Public

SUMMER D TERRILL
NOTARY PUBLIC – OKLAHOMA
#08004181
My Comm. Expires April 14, 2016

**Terrill Process Service Inc. (918)-638-0113**

# ORIGINAL



Page 1 of 1

*1018464796*

## DISTRICT COURT
# F I L E D

MAY 1 1 2012

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

TO:

DOUGLAS R ELLIOTT
DOUG ELLIOTT LAW OFFICE
6506 S LEWIS AVE
SUITE 175
TULSA, OK 74103

### IN THE DISTRICT COURT OF TULSA COUNTY
### STATE OF OKLAHOMA

JOY K BURNIDGE,
Plaintiff,
vs.
BARBARA ELOISE HUNTER, et al,
Defendant(s).

Case #: CJ-2011-6563

Judge: Linda G. Morrissey

## ORDER OF DISMISSAL FOR FAILURE TO OBTAIN SERVICE WITHIN 180 DAYS

Pursuant to an examination of the files and docket sheet, it appears that more than one hundred eighty
(180) days have elapsed since the filing of the petition in this case without service being made on
Defendant(s)                   ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY;
and that the action should be dismissed as to these Defendants(s) pursuant to 12 Oklahoma Statutes
Section 2004(I).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED in accordance with 12 Oklahoma Statutes
Section 2004(I) that the above-entitled action is hereby dismissed without prejudice as to above named
Defendant(s).

_5·11·12_
Dated

_Morrissey_
Judge of the District Court

### CERTIFICATE OF MAILING

I hereby certify that on ____5-11____, 20_12_, I mailed a true and correct copy of this Order to
the following persons, and filed a true and correct copy in this case.
To: DOUGLAS R ELLIOTT, Doug Elliott Law Office, 6506 S Lewis Ave, Suite 175, Tulsa, OK 74103.

_Kim O'Brien_
Deputy Court Clerk

**EXHIBIT**

tabbies

3





IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

JOY BURNIDGE,                        )
                                     )        **DISTRICT COURT**
                  Plaintiff,         )        **F I L E D**
                                     )
vs.                                  )   Case No. CJ-2011-6563        MAY 1 6 2012
                                     )   Judge: Linda g. Morrissey
BARBARA ELOISE HUNTER; and           )        SALLY HOWE SMITH, COURT CLERK
ALLMERICA FINANCIAL BENEFIT          )        STATE OF OKLA. TULSA COUNTY
INSURANCE COMPANY,                   )
                                     )

                  Defendants.

## MOTION TO VACATE ORDER OF DISMISSAL FOR FAILURE TO OBTAIN SERVICE WITHIN 180 DAYS AGAINST DEFENDANT ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY

COMES NOW the Plaintiff, Joy Burnidge, by and through her attorney of record, Douglass R. Elliott, and in support of her Motion to Vacate Order of Dismissal for failure to obtain service within 180 days against Defendant Allmerica Financial Benefit Insurance Company, hereby alleges and states good cause as follows:

Service has been timely achieved with Allmerica Financial Benefit Insurance Company on April 30, 2012, which is the 180th day from the date of the filing of the Petition and Summons. Plaintiff made a good faith effort and achieved service timely, as evidenced by the following actions, with documents attached hereto to support:

Plaintiff mailed the Petition and Summons for service to the Oklahoma Insurance Commissioner on April 9, 2012. Subsequently, a required $20.00 fee was mailed to the Oklahoma Insurance Commissioner on April 22, 2012, and on April 30, 2012 the service of Summons and Petition was achieved as evidenced by the attached domestic return receipt ("green card") signed received by the Oklahoma Insurance Commissioner.

**EXHIBIT**

4

Plaintiff has demonstrated good cause that the Petition and Summons were timely mailed to and received by the Oklahoma Insurance Commission, thereby establishing that service was indeed made within the required 180 day timeframe. Plaintiff apologizes to the Court for not filing the return of Service prior to the Court reviewing the file.

WHEREFORE, Plaintiff prays that this Court vacate the Order of Dismissal for Failure to Obtain Service within 180 Days as to the Defendant Allmerica Financial Benefit Insurance Company, as Plaintiff has shown good cause and that service was achieved within 180 days of the filing of the Petition and Summons.

Respectfully submitted,

DOUG ELLIOTT LAW OFFICE, P.C.

Douglass R. Elliott, OBA #15152
6506 S. Lewis Ave., Suite 175
Tulsa, OK 74136
Telephone:     (918) 949-4466
Facsimile:      (918) 895-9222
ATTORNEY FOR THE PLAINTIFF

- 2 -



**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage $ | 1.50 |
| Certified Fee | 7.95 |
| Return Receipt Fee (Endorsement Required) | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees $ | 4.80 |

Postmark Here
Mailed 4-22-12

Sent To OK Ins Commissioner
Street, Apt No.; or PO Box No. PO Box 53408
City, State, ZIP+4 OKC OK 73152-3408

PS Form 3800, August 2006         See Reverse for Instructions

7007 1490 0001 8652 3605

Reminder

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Oklahoma Ins. Commissioner
P.O. Box 53408
Oklahoma City, Ok
            73152-3408

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature    RECEIVED
X OKLAHOMA INSURANCE DEPARTMENT  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  APR 30 2012  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number     7007 1490 0001 8652 3605

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Oklahoma Insurance Commissioner
Kristen Hamler
P.O. Box 53408
Oklahoma City, Ok 73152-3408

**DOUG ELLIOTT LAW OFFICE, P.C.**
Protecting Clients For Over Fifteen Years
6506 S. Lewis Ave., Ste. 175
Tulsa, Oklahoma 74136

SHOWS SERVICE on APRIL 30, 2012



# Doug Elliott Law Office, P.C.

6506 South Lewis Avenue, Suite 175
TULSA, OKLAHOMA 74136
TELEPHONE: (918) 949-4466
TOLL FREE: (866) 365-5542
FACSIMILE: (918) 895-9222
www.dougelliottlaw.com

*Protecting Clients For Over Fifteen Years.*

**DOUGLASS R. ELLIOTT**

Email: doug@dougelliottlaw.com
24 Hour Direct Line: 918-521-4955

April 22, 2012

Kristen Hanke
Insurance Commissioner
State of Oklahoma
P.O. Box 53408
Oklahoma City, OK 73152-3408

    Re:   *Joy Burnidge v. Barbara Eloise Hunter, et al.,*
          Tulsa Co.; CJ-2011-6563

Dear Ms. Hanke:

    Enclosed please find three (3) copies of Plaintiff's Petition and Summons regarding the above-referenced action. Additionally, enclosed is a check in the amount of $20.00 to cover the charge of serving these documents. Thank you for your assistance in this matter.

Sincerely,

Doug Elliott

DRE:mlm

* PERSONAL INJURY   * INSURANCE DISPUTES   * WRONGFUL DEATH   * LITIGATION   * PRODUCT LIABILITY

**DOUG ELLIOTT LAW OFFICE, P.C.**
**OPERATING ACCOUNT**
6506 S. LEWIS AVE, STE #175
TULSA, OK  74136

86-3/1039

2722

DATE 9-22-12

PAY TO THE ORDER OF  Insurance Commissioner  $ 20.00

Twenty Dollars and 00/100  DOLLARS

**BANK OF OKLAHOMA**
TULSA, OKLAHOMA  Tulsa CJ-2011-65263
www.bok.com

MEMO  Process Service

2722

**IN THE DISTRICT COURT IN AND FOR TULSA COUNT**
**STATE OF OKLAHOMA**

\*1018536824\*

JOY K. BURNIDGE,                          )
                                          )
                    Plaintiff,            )
                                          )
vs.                                       )    Case No.: **CJ-2011-06563**
                                          )
BARBARA ELOISE HUNTER; and                )        **DISTRICT COURT**
ALLMERICA FINANCIAL BENEFIT               )        **F I L E D**
INSURANCE COMPANY,                        )
                                          )        MAY 1 6 2012
                    Defendants.           )
                                               SALLY HOWE-SMITH, COURT CLERK
                                               STATE OF OKLA. TULSA COUNTY

## SUMMONS

**To the above named Defendant:**   **ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY**
By Serving:                          State Insurance Commissioner
                                     P.O. Box 53408
                                     Oklahoma City, OK 73152-3408

You have been sued by the above-named Plaintiff and you are directed to file a written Answer to the
attached Petition in the above-named Court within twenty (20) days after service of this Summons upon
you – excluding the date of service.  Within the same time, a copy of your Answer must be delivered or
mailed to the attorney for the Plaintiff.

**SALLY HOWE-SMITH, COURT CLERK**

(SEAL)

By: _Alyc Graham_ 10-31-11
                    Deputy Court Clerk

Attorney for Plaintiff:
Douglass R. Elliott, OBA No. 15152
DOUG ELLIOTT LAW OFFICE, P.C.
6506 S. Lewis Ave., Suite 175
Tulsa, OK 74136
Telephone:    (918) 949-4466
Facsimile:    (918) 895-9222
E-Mail:    doug@dougelliottlaw.com

This Summons was served on the _30th_ day of _April_ 20___.

_____
(Signature of Person Serving Summons)

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR
YOUR ANSWER.  SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY
BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

**EXHIBIT**

_5_

$006.80
1P PITNEY BOWES
02833533 APR 22 2012
MAILED FROM ZIP CODE 4 4136

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

## OFFICIAL USE

| | |
|---|---|
| Postage $ | 1.50 |
| Certified Fee | 7.95 |
| Return Receipt Fee (Endorsement Required) | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees $ | 4.80 |

Postmark Here
Mailed
4-22-12

Sent To OK Ins Commissioner
Street, Apt. No.; or PO Box No. PO Box 53408
City, State, ZIP+4 OKC OK 73152-3408

PS Form 3800, August 2006          See Reverse for Instructions

7007 1490 0001 8652 3605

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Oklahoma Ins. Commissioner
P.O. Box 53408
Oklahoma City, Ok
     73152-3408

**COMPLETE THIS SECTION ON DELIVERY**

RECEIVED
OKLAHOMA INSURANCE DEPARTMENT

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   APR 30 2012   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number    7007 1490 0001 8652 3605

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

Oklahoma Insurance Commissioner
Kristen Hawke
P.O. Box 53408
Oklahoma City, Ok 73152-3408

**DOUG ELLIOTT LAW OFFICE, P.C.**
6505 S. Lewis Ave., Ste. 175
Tulsa, Oklahoma 74136



IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| JOY K. BURNIDGE | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CJ-2011-6563 |
| | ) | Judge Linda Morrissey |
| BARBARA ELOISE HUNDER, and | ) | |
| ALLMERICA FINANCIAL BENEFIT | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendants. | ) | |

DISTRICT COURT
**FILED**

MAY 2 3 2012

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

## <u>ENTRY OF APPEARANCE ON BEHALF OF ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY</u>

**COMES NOW**, John J. Bowling, and enters his appearance on behalf of the

Defendant, Allmerica Financial Benefit Insurance Company.

Respectfully submitted:

John J. Bowling, OBA No. 1681
The Hanover Law Office
5100 E. Skelly Drive, Suite 400A
Tulsa, Oklahoma 74135
918/619-1690
508/926-5560 facsimile
jbowling@hanover.com
*Attorney for Allmerica Financial Benefit*



EXHIBIT

6

## CERTIFICATE OF MAILING

I hereby certify that on the _23_ day of May, 2012, I deposited a true and correct copy of the foregoing document via U.S. Mail to:

Douglas Elliott
Doug Elliott Law Office
6506 S. Lewis Avenue
Suite 175
Tulsa, OK 74103
*Attorneys for Plaintiffs*

John J. Bowling

## CONSENT TO SERVICE VIA ELECTRONIC MEANS

I hereby certify that I consent to receiving service in this matter via electronic means by either of the following methods:
jbowling@hanover.com
*or*
580-926-5560

John J. Bowling





## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

JOY BURNIDGE,                          )
                                       )
                 Plaintiff,            )
                                       )
vs.                                    )   Case No. CJ-2011-6563
                                       )   Judge: Linda g. Morrissey
BARBARA ELOISE HUNTER; and             )
ALLMERICA FINANCIAL BENEFIT            )
INSURANCE COMPANY,                     )
                                       )
                 Defendants.           )

**DISTRICT COURT**
# F I L E D
MAY **2 3** 2012

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

## DISMISSAL WITH PREJUDICE OF DEFENDANT HUNTER ONLY

COMES NOW the Plaintiff, Joy Burnidge, by and through her attorney of record, Douglass R. Elliott, and DISMISSES WITH PREJUDICE her claims against the Defendant Barbara Eloise Hunter ONLY; <u>Plaintiff maintains her action against Defendant Allmerica Financial Benefit Insurance Company.</u>

Respectfully submitted,

DOUG ELLIOTT LAW OFFICE, P.C.

Douglass R. Elliott, OBA #15152
6506 S. Lewis Ave., Suite 175
Tulsa, OK 74136
Telephone:     (918) 949-4466
Facsimile:     (918) 895-9222
ATTORNEY FOR THE PLAINTIFF

2012 MAY 23 PM 12:37
COURT CLERK

**EXHIBIT**

7





**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY**
**STATE OF OKLAHOMA**

JOY BURNIDGE,        )
       )
        Plaintiff,      )
       )
vs.        )   Case No. CJ-2011-6563
       )   Judge: Linda g. Morrissey
BARBARA ELOISE HUNTER; and    )
ALLMERICA FINANCIAL BENEFIT    )
INSURANCE COMPANY,       )
        Defendants.

**DISTRICT COURT**
**FILED**

MAY 2 3 2012

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

## ORDER VACATING DISMISSAL FOR FAILURE TO OBTAIN SERVICE WITHIN 180 DAYS AGAINST DEFENDANT ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Order of

Dismissal for Failure to Obtain Service Within 180 Days against Defendant Allmerica Financial

Benefit Insurance Company is Vacated as Plaintiff has shown good cause by demonstrating that

Service was achieved within the required 180 days.

HONORABLE LINDA G. MORRISSEY

2012 MAY 23 PM 12: 44

EXHIBIT

8





IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

DISTRICT COURT
FILED

JUN - 1 2012

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

JOY K. BURNIDGE,                     )
                                     )
        Plaintiff,                   )
                                     )
vs.                                  )     Case No.: CJ-2011-06563
                                     )     Judge: Linda G. Morrisey
BARBARA ELOISE HUNTER; and           )
ALLMERICA FINANCIAL BENEFIT          )
INSURANCE COMPANY,                   )
                                     )
        Defendant.                   )



### JOINT MOTION TO STAY PROCEEDINGS

COME NOW, Plaintiff Joy Burnidge and Allmerica Financial Benefit Insurance Company by and through their attorneys and jointly request an Order of the Court to stay the case for 180 days. In support of this motion the parties would show the Court the following:

1.      This action was filed on the 31st day of October, 2011 in order to protect Plaintiff's then existing rights from a law change going into effect on November 1, 2011.

2.      This action arises out of an accident in which Plaintiff was injured and negotiations are ongoing.

3.      Plaintiff anticipates being able to settle her injury claims with Defendant Allmerica Financial Insurance Company, and has resolved her claims with Defendant Hunter.

4.      Plaintiff and Defendant Allmerica Financial Benefit Insurance Company believe that litigation beyond initial filing and service would be against the interests of judicial economy while negotiations are ongoing. Should negotiations fail, the parties



EXHIBIT

9

agree to extend the deadline for Defendant Allmerica Financial Benefit Insurance Company to file its Answer.

Based on the above information, Plaintiff and Defendant asks that the Court place the case on hold until further notice and not dismiss it under Rule 9 or any other rule. A proposed order is attached for the Court's convenience.

Respectfully submitted:

Douglass R. Elliot, OBA 15152
Doug Elliott Law Office
6506 S. Lewis Ave., Suite 175
Tulsa, OK 74136
(918) 949-4466
(918) 895-9222
*Attorney for Plaintiff*

John J. Bowling, OBA #16811
THE HANOVER LAW OFFICE
5100 E. Skelly Drive
Suite 400A
Tulsa, Oklahoma 74135
918/619-1690 direct
508/926-5560 facsimile
jbowling@hanover.com
*Attorney for Allmerica Financial Benefit Insurance Company*

2

# IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

JUN – 8 2012

2012 JUN –8 PM 2: 14

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

| | | |
|---|---|---|
| JOY K. BURNIDGE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: CJ-2011-06563 |
| | ) | Judge: Linda G. Morrisey |
| BARBARA ELOISE HUNTER; and | ) | |
| ALLMERICA FINANCIAL BENEFIT | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**THIS MATTER** comes before the Court pursuant to the Joint Motion of Plaintiff and

Defendant Allmerica Financial Benefit Insurance.  For good cause shown, the Court

believes it is in the interest of judicial economy to grant the Motion *in part* .

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is

hereby stayed for *ninety (90)* days from the date of this Order.

Dated: _*June 4*_, 2012.

_____
JUDGE LINDA G. MORRISEY

EXHIBIT

10

Approved:

Douglas R. Elliot, OBA 15152
Doug Elliott Law Office
6506 S. Lewis Ave., Suite 175
Tulsa, OK 74136
(918) 949-4466
(918) 895-9222
*Attorney for Plaintiff*

John J. Bowling, OBA #16811
THE HANOVER LAW OFFICE
5100 E. Skelly Drive
Suite 400A
Tulsa, Oklahoma 74135
918/619-1690 direct
508/926-5560 facsimile
jbowling@hanover.com
*Attorney for Allmerica Financial Benefit Insurance Company*

IN THE DISTRICT COURT WITHIN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

**DISTRICT COURT**
# FILED

JOY K. BURNIDGE,

JUN **1 9** 2012

        Plaintiff,

~~SALLY HOWE SMITH, COURT CLERK~~
~~STATE OF OKLA. TULSA COUNTY~~

v.

Case No. CJ-2011-06563
Judge Linda G. Morrissey

BARBARA ELOISE HUNTER; and
ALLMERICA FINANCIAL BENEFIT INSURANCE
COMPANY

        Defendants.

## ENTRY OF APPEARANCE

COMES NOW Dan S. Folluo of the Law Firm of Rhodes, Hieronymus, Jones, Tucker &
Gable and enters his appearance as counsel of record for the Defendant, Allmerica Financial
Benefit Insurance Company, pursuant to Title 12 O.S. §2005.2(a).

                        Respectfully submitted,

By:        _____

DAN S. FOLLUO, OBA #11303
RANDALL E. LONG, OBA #22216
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121
Phone (918) 582-1173
Facsimile (918) 592-3390
*dfolluo@rhodesokla.com*
*rlong@rhodesokla.com*
**ATTORNEYS ALLMERICA FINANCIAL
BENEFIT INSURANCE COMPANY**

**EXHIBIT**

*tabbies*

11

## CERTIFICATE OF SERVICE

I certify that on _June 19_, 2012, the above was sent via U.S. Mail to the below counsel of record:

Mr. Douglas Elliott, OBA #15152
6506 South Lewis Avenue, Suite 175
Tulsa, Oklahoma 74136
Attorneys for Plaintiff

DAN S. FOLLUO/RANDALL E. LONG

IN THE DISTRICT COURT WITHIN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

**DISTRICT COURT**
**F I L E D**

JOY K. BURNIDGE,

     Plaintiff,

v.

BARBARA ELOISE HUNTER; and
ALLMERICA FINANCIAL BENEFIT INSURANCE
COMPANY

     Defendants.

JUN 1 9 2012

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

Case No. CJ-2011-06563
Judge Linda G. Morrissey

### ENTRY OF APPEARANCE

COMES NOW Randall E. Long of the Law Firm of Rhodes, Hieronymus, Jones, Tucker

& Gable and enters his appearance as counsel of record for the Defendant, Allmerica

Financial Benefit Insurance Company, pursuant to Title 12 O.S. §2005.2(a).

       Respectfully submitted,

By:   

       DAN S. FOLLUO, OBA #11303
       RANDALL E. LONG, OBA #22216
       RHODES, HIERONYMUS, JONES,
       TUCKER & GABLE, P.L.L.C.
       P.O. Box 21100
       Tulsa, Oklahoma 74121
       Phone (918) 582-1173
       Facsimile (918) 592-3390
       *dfolluo@rhodesokla.com*
       *rlong@rhodesokla.com*
       **ATTORNEYS ALLMERICA FINANCIAL**
       **BENEFIT INSURANCE COMPANY**

**EXHIBIT**

12

## CERTIFICATE OF SERVICE

I certify that on _June 19_, 2012, the above was sent via U.S. Mail to the below counsel of record:

Mr. Douglas Elliott, OBA #15152
6506 South Lewis Avenue, Suite 175
Tulsa, Oklahoma 74136
Attorneys for Plaintiff

DAN S. FOLLUO/RANDALL E. LONG

IN THE DISTRICT COURT WITHIN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

JOY K. BURNIDGE,

                Plaintiff,

v.

BARBARA ELOISE HUNTER; and
ALLMERICA FINANCIAL BENEFIT INSURANCE
COMPANY

                Defendants.

Case No. CJ-2011-06563
Judge Linda G. Morrissey

## NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

Pursuant to Title 28 of the United States Code, Section 1446(d), Defendant Allmerica Financial Benefit Insurance Company gives notice of the filing of Notice of Removal, removing this action from this Court to the United States District Court for the Northern District of Oklahoma. A copy of the Notice of Removal, filed this day in federal court, is attached hereto as Exhibit "1."

No further action need be taken by this Court, other than forwarding a complete copy of the record of this action to the United States District Court, unless and until this action is remanded to this Court. *See* 28 U.S.C. § 1446(d).

Dated this _____ day of June, 2012.

**EXHIBIT**

*13*

Respectfully submitted,

By: _____

DAN S. FOLLUO, OBA #11303
RANDALL E. LONG, OBA #22216
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121
Phone (918) 582-1173
Facsimile (918) 592-3390
*dfolluo@rhodesokla.com*
*rlong@rhodesokla.com*
**ATTORNEYS ALLMERICA FINANCIAL
BENEFIT INSURANCE COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on _____, 2012, the above was sent via U.S. Mail to the below counsel of record:

Mr. Douglas Elliott, OBA #15152
6506 South Lewis Avenue, Suite 175
Tulsa, Oklahoma 74136
Attorneys for Plaintiff

_____

DAN S. FOLLUO/RANDALL E. LONG

**OSCN** *www.oscn.net*
**THE OKLAHOMA STATE COURTS NETWORK**

| Home | Courts | Court Dockets | Legal Research | Calendar | Help |

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| JOY K BURNIDGE,<br>        Plaintiff,<br>v.<br>BARBARA ELOISE HUNTER,<br>        Defendant, and<br>ALLMERICA FINANCIAL BENEFIT INSURANCE<br>COMPANY,<br>        Defendant. | No. CJ-2011-6563<br>(Civil relief more than $10,000:<br>AUTO NEGLIGENCE)<br><br>Filed: 10/31/2011<br><br>Judge: Morrissey, Linda G. |

### Parties

ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY , Defendant
BURNIDGE, JOY K , Plaintiff
HUNTER, BARBARA ELOISE , Defendant

### Attorneys

| Attorney | Represented Parties |
|---|---|
| BOWLING, JOHN J(Bar # 16811)<br>5100 EAST SKELLY DRIVE<br>SUITE 400A<br>TULSA, OK 74135 | ALLMERICA FINANCIAL BENEFIT INSURANCE<br>COMPANY, |
| ELLIOTT, DOUGLAS R(Bar # 15152)<br>DOUG ELLIOTT LAW OFFICE<br>6506 S LEWIS AVE<br>SUITE 175<br>TULSA, OK 74103 | BURNIDGE, JOY K |

### Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

### Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

| | |
|---|---|
| **Issue # 1.** | Issue: AUTO NEGLIGENCE (AUTONEG)<br>Filed by: BURNIDGE, JOY K<br>Filed Date: 10/31/2011 |
| **Party Name:** | **Disposition Information:** |
| **Defendant:** ALLMERICA FINANCIAL BENEFIT<br>INSURANCE COMPANY | **Disposed:** DISMISSED WITHOUT PREJUDICE,<br>05/11/2012. Dismissed by Court. |
| **Defendant:** ALLMERICA FINANCIAL BENEFIT<br>INSURANCE COMPANY | **Disposed:** VACATED (ORDER OR JUDGMENT),<br>05/16/2012. Other. |

**EXHIBIT**

**14**

**Defendant:** ALLMERICA FINANCIAL BENEFIT Pending.
INSURANCE COMPANY

**Defendant:** HUNTER, BARBARA ELOISE     **Disposed:** DISMISSED - WITH PREJUDICE,
05/23/2012. Dismissed- Settled.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|------|------|-------|-------|----------|------------|---|---|
| 10-31-2011 | TEXT | 1 | | 79794631 | Oct 31 2011 1:52:21:630PM | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | |
| 10-31-2011 | AUTONEG | - | | 79794633 | Oct 31 2011 1:52:21:670PM | Realized | $ 0.00 |
| | AUTO NEGLIGENCE | | | | | | |
| 10-31-2011 | DMFE | - | | 79794634 | Oct 31 2011 1:52:21:680PM | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | | |
| 10-31-2011 | PFE1 | - | | 79794635 | Oct 31 2011 3:15:35:477PM | Realized | $ 163.00 |
| | PETITION($ 163.00) | | | | | | |
| | 🖹 Document Available at Court Clerk's Office | | | | | | |
| 10-31-2011 | PFE7 | - | | 79794636 | Oct 31 2011 1:52:21:680PM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | | |
| 10-31-2011 | OCISR | - | | 79794637 | Oct 31 2011 1:52:21:680PM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | | |
| 10-31-2011 | LTF | - | | 79794638 | Oct 31 2011 1:52:21:740PM | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | | |
| 10-31-2011 | SMF | - | | 79794639 | Oct 31 2011 1:52:44:500PM | Realized | $ 10.00 |
| | SUMMONS FEE (CLERKS FEE) -2-($ 10.00) | | | | | | |
| 10-31-2011 | SMIMA | - | | 79794640 | Oct 31 2011 1:52:50:890PM | Realized | $ 0.00 |
| | SUMMONS ISSUED - MAILED BY ATTORNEY -2- | | | | | | |
| 10-31-2011 | TEXT | - | | 79794632 | Oct 31 2011 1:52:21:650PM | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE MORRISSEY, LINDA G. TO THIS CASE. | | | | | | |
| 10-31-2011 | ACCOUNT | - | | 79794661 | Oct 31 2011 1:53:10:560PM | - | $ 0.00 |

RECEIPT # 2011-2230602 ON 10/31/2011.
PAYOR:DOUG ELLIOTT LAW OFFICE TOTAL AMOUNT PAID: $216.00.
LINE ITEMS:
CJ-2011-6563: $173.00 ON AC01 CLERK FEES.
CJ-2011-6563: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2011-6563: $2.00 ON AC64 DISPUTE MEDIATION FEES.

CJ-2011-6563: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2011-6563: $10.00 ON AC81 LENGTHY TRIAL FUND.

| 04-20-2012 | S | - | HUNTER, BARBARA ELOISE | 81444920 | Apr 20 2012 3:52:06:180PM | - | $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED/SUMMONS PER SERVE TO BARBARA ELOISE HUNTER/ ON 4-19-12/ BY PROCESS SERVER

📄 *Document Available (#1018302672)*

| 05-11-2012 | DISPDWOP | 1 | ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY | 81652154 | May 11 2012 10:42:13:270AM | - | $ 0.00 |

MORRISSEY, LINDA G: ORDER OF DISMISSAL WITHOUT PREJUDICE ENTERED PURSUANT TO RULE 9(A) (AS TO ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY ONLY)

| 05-11-2012 | ODISM | | | 81655677 | May 11 2012 1:34:55:397PM | - | $ 0.00 |

ORDER OF DISMISSAL FOR FAILURE TO OBTAIN SERVICE WITHIN 180 DAYS AS TO DEF

📄 *Document Available (#1018464796)*

| 05-16-2012 | MOVAC | - | | 81699726 | May 16 2012 12:59:08:910PM | Realized | $ 33.00 |

PLAINTIFFS MOTION TO VACATE ORDER OF DISMISSAL FOR FAILURE TO OBTAIN SERVICE WITHIN 180 DAYS AGAINST DEFENDANT ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY (A/J)($ 33.00)

📄 *Document Available (#1018537334)*

| 05-16-2012 | OCISR | - | | 81699727 | May 16 2012 12:59:08:970PM | Realized | $ 25.00 |

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00)

| 05-16-2012 | CCADMIN02 | - | | 81699728 | May 16 2012 12:59:08:990PM | Realized | $ 0.20 |

COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS($ 0.20)

| 05-16-2012 | OCJC | - | | 81699729 | May 16 2012 12:59:09:010PM | Realized | $ 2.00 |

OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 2.00)

| 05-16-2012 | OCASA | - | | 81699730 | May 16 2012 12:59:09:130PM | Realized | $ 5.00 |

OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00)

| 05-16-2012 | CCADMIN04 | - | | 81699731 | May 16 2012 12:59:09:180PM | Realized | $ 0.50 |

COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50)

| 05-16-2012 | S | - | ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY | 81701213 | May 16 2012 2:00:47:070PM | - | $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED. SUMMONS SERVED FOR ALLMERICA FINANCIAL BENEFIT INSURANCE CO/ CERTIFIED MAIL/ BY SERVING OKLAHOMA INS COMMISSION / ON 4-20-12

📄 *Document Available (#1018536824)*

| 05-16-2012 | CTFREE | - | | 81704418 | May 16 2012 3:47:30:870PM | - | $ 0.00 |

MORRISSEY, LINDA G: ORDER ENTERED VACATING DISMISSAL FOR FAILURE TO OBTAIN

• 

SERVICE WITHIN 180 DAYS AGAINST ALLMERICA FINANCIAL BENEFIT; PLAINTIFF HAS
SHOWN GOOD CAUSE BY DEMONSTRATING SERVICE WAS ACHIEVED WITHIN THE
REQUIRED 180 DAYS

---

05-16-2012 ACCOUNT    -    81699734   May 16 2012 12:59:29:760PM   -   $ 0.00

RECEIPT # 2012-2360516 ON 05/16/2012.
PAYOR:DOUG ELLIOTT LAW OFFICE TOTAL AMOUNT PAID: $65.70.
LINE ITEMS:
CJ-2011-6563: $33.00 ON AC01 CLERK FEES.
CJ-2011-6563: $0.70 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2011-6563: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2011-6563: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING
FUND.
CJ-2011-6563: $25.00 ON AC79 OCIS REVOLVING FUND.

---

05-23-2012 EAA   -   ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY   81768171   May 23 2012 1:42:10:853PM   -   $ 0.00

ENTRY OF APPEARANCE ON BEHALF OF ALLMERICA FINANCIAL BENEFIT INSURANCE
COMPANY (JOHN BOWLING ENTERS AS COUNSEL - COVERSHEET ATTACHED) /
CERTIFICATE OF MAILING
📄 *Document Available (#1018542321)*

---

05-23-2012 DWP   -   HUNTER, BARBARA ELOISE   81769793   May 23 2012 2:30:07:563PM   -   $ 0.00

DISMISSAL WITH PREJUDICE OF DEFENDANT HUNTER ONLY AS IN BARBARA ELOISE
HUNTER, DEF ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY BY PLF ATTY
📄 *Document Available (#1018542064)*

---

05-23-2012 DISPCVDMWP   1   HUNTER, BARBARA ELOISE   81769823   May 23 2012 2:31:20:203PM   -   $ 0.00

DISMISSAL WITH PREJUDICE

---

05-23-2012 O   -   ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY   81769881   May 23 2012 2:54:30:473PM   -   $ 0.00

ORDER VACATING DISMISSAL FOR FAILURE TO OBTAIN SERVICE WITHIN 180 DAYS
AGAINST DEFENDANT ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY
📄 *Document Available (#1018542060)*

---

06-01-2012 MO   -   81855673   Jun 1 2012 4:31:03:600PM   -   $ 0.00

JOINT MOTION TO STAY PRECEEDINGS/ A TO J /
📄 *Document Available (#1018639444)*

---

06-04-2012 CTFREE   -   81864955   Jun 4 2012 2:34:27:647PM   -   $ 0.00

MORRISSEY, LINDA G: ORDER ENTERED GRANTING JOINT MOTION TO STAY
PROCEEDINGS IN PART; THIS ACTION IS STAYED FOR NINETY (90) DAYS

---

06-08-2012 O   -   81924314   Jun 8 2012 4:09:20:753PM   -   $ 0.00

ORDER (SEE MINUTE ABOVE)
📄 *Document Available (#1018731405)*

I, Sally Howe Smith, Court Clerk, for Tulsa County, Oklahoma,
hereby certify that the foregoing is a true, correct and full
copy of the instrument herewith set out as appears on record
in the Court Clerk's Office of Tulsa County, Oklahoma, this

JUN 18 2012

By _____
Deputy