IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JOY K. BURNIDGE,<br><br>           Plaintiff,<br><br>v.<br><br>(1) BARBARA ELOISE HUNTER and<br>(2) ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY<br><br>           Defendants. | Case No. 12 CV-345-GKF-TLW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff Joy K. Burnidge and Defendant Allmerica Financial Benefit Insurance Company hereby stipulate to dismissal of this action with prejudice as all matters of fact and law have been resolved by the parties. Each party to bear its own costs and fees.

Respectfully submitted,

By    /s/ John M. Thetford
        John M. Thetford, OBA #12892
        Laizure & Thetford, PLLC
        2417 East Skelly Drive
        P.O. Box 701110
        Tulsa, Oklahoma 74170-1110
        (918) 749-0749
        (918) 747-0751 Facsimile
        Attorney for Plaintiff

By    /s/ Randall E. Long
        DAN S. FOLLUO, OBA# 11303
        dfolluo@rhodesokla.com
        RANDALL E. LONG, OBA #22216
        rlong@rhodesokla.com
        RHODES, HIERONYMUS, JONES, TUCKER & GABLE
        P.O. Box 21100
        Tulsa, Oklahoma 74121-1100
        (918) 582-1173
        (918) 592-3390 Facsimile
        **ATTORNEYS FOR DEFENDANT ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY**